## No. 8910.

### THE STATE OF LOUISIANA VS. WILLIAM TOLLIVER.

If the appellant in a criminal case presents no bill of exception or assignment of errors, and if the record shows that the proceedings and the trial were regular and legal, the judgment of the lower court must be affirmed.

APPEAL from the Twentieth District Court, Parish of Lafourche. *Knobloch,* J.

---

*J. C. Egan,* Attorney General, for the State, Appellee.

Defendant unrepresented in this Court.

---

The opinion of the Court was delivered by POCHÉ, J.

---

## No. 8818.

### WILLIAM GARIG ET AL. VS. BUSH & LEVERT ET AL.

35b1109
49　792

The provisions of Art. 210 of the Constitution apply only to taxes thereafter to be levied.

The validity of sales made under Act 107 of 1880, depends upon the validity of the sale or forfeiture under which the property is alleged to have passed to the State.

In this case, the forfeiture to the State being held to be invalid for defective proceedings, the sale under Act 107 is annulled.

APPEAL from the Seventeenth District Court, Parish of East Baton Rouge. *Sherburne,* J.

---

*C. D. Favrot* and *L. D. Beale* for Plaintiff and Appellee.

*Burgess & Burgess* for Defendants and Appellants.

---

The opinion of the Court was delivered by BERMUDEZ, C. J.

---

On the Rehearing the opinion of the Court was delivered by FENNER, J.